IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03368-REB-KLM

KILEY ASHLEN ZIRKLE,

    Plaintiff,

v.

BLAKE EASTMAN,
JAMES STANLEY,
JUANITA STANLEY, and
KEVIN STANLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate April 25, 2013 Scheduling Conference and Reset for Later Date** [Docket No. 23; Filed April 18, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED in part**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 25, 2013 at 10:30 a.m. is **VACATED** and **RESET** to **June 12, 2013 at 10:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **June 7, 2013**.

    Dated: April 22, 2013

---

[1] The date requested by the parties for the resetting is presently unavailable on the Court's calendar.