IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03368-REB-KLM

KILEY ASHLEN ZIRKLE,

    Plaintiff,

v.

BLAKE EASTMAN,
JAMES STANLEY,
JUANITA STANLEY, and
KEVIN STANLEY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate August 19, 2013 Scheduling Conference and Reset for Later Date** [Docket No. 34; Filed August 6, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 19, 2013 at 9:30 a.m. is **VACATED** and **RESET** to **August 22, 2013 at 2:30 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **August 16, 2013**.

    Dated:  August 6, 2013