IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03368-REB-KLM

KILEY ASHLEN ZIRKLE,

     Plaintiff,

v.

BLAKE EASTMAN,
JAMES STANLEY,
JUANITA STANLEY, and
KEVIN STANLEY,

     Defendants.

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Notice of Deposition of James Stanley** [Docket No. 44; Filed September 18, 2013] (the "Notice"), *filed as a Motion*. However, the Notice is simply that, i.e., a notice of deposition to one of the defendants. The Notice does not ask for any relief from the Court.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#44] is **STRICKEN**.

Plaintiff's attorneys are reminded that D.C.COLO.LCivR 5.5 specifies that notices to take depositions shall not be filed with the Court.

Dated:  September 18, 2013