**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-03368-REB-KLM

KILEY ASHLEN ZIRKLE,

    Plaintiff,

v.

BLAKE EASTMAN,
JAMES STANLEY,
JUANITA STANLEY, and
KEVIN STANLEY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal** [#48][1] filed February 28, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#48] filed February 28, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set June 6, 2014, are **VACATED**;

3. That the jury trial set to commence June 23, 2014, is **VACATED**; and

---

[1]  "[#48]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 3, 2014, at Denver, Colorado.

BY THE COURT:

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge